IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAVERNE RIPPY, SHARON HICKMAN, RAYMOND BRAND, EDWARD BUFFINGTON and LaTOSCHA BROWNLEE, individually and on behalf of all others similarly situated, | Case No. 2013-L-218 |
| Plaintiffs, | |
| v. | |
| SCHNUCK MARKETS, INC., | |
| Defendant. | |

## SOLE PLAINTIFF ANTONIA TOGIAS NOTICE OF NON-SUIT

**COMES NOW**, sole Plaintiff Antonia Togias and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) hereby gives notice of dismissal of her claims against Defendant. Defendant has not filed either an answer or a motion for summary judgment such that this dismissal is timely pursuant to the Federal Rules of Civil Procedure. This dismissal shall apply only to sole Plaintiff Antonia Togias' claims only and specifically does not apply to any other named Plaintiff.[1]

---

[1] To clarify any confusion, either the day before or the day the Amended Complaint was due, Plaintiff Togias contacted counsel and requested to be dismissed from the lawsuit, so the Amended Complaint was not filed on that day. (The Amended Complaint has since been filed with all references to Plaintiff Togias removed.) To the extent there was/is any doubt whether she is a party to the case, she has filed this Notice of Voluntary Dismissal as to her only and specifically not any of the other remaining named plaintiffs.

DATED:  June 6, 2013		Respectfully submitted,

		**Antonia Togias,**
		**Class Plaintiff,**


		By: /s/ Jeffrey A. J. Millar
		       One of Her Attorneys

Peter J. Maag #6286765		Jeffrey A. J. Millar #6271673
Thomas G. Maag #6272640
**Maag Law Firm, LLC**		**Millar Law Firm, LLC**

33 West Lorena Avenue		111 Westport Plaza Drive, Suite 600
Wood River, IL 62095		St. Louis, MO 63146
Telephone: (618) 216 5291		Telephone:  (636) 448-4982
Facsimile: (618) 551-0421		Facsimile: (314) 218-3446

www.maaglawfirm.com		www.millarlawfirm.com