IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAVERNE RIPPY,<br>individually and on behalf of all<br>others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SCHNUCK MARKETS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No 13-cv-471-MJR-DGW<br>)<br>)<br>)<br>)<br>) |

**MOTION TO STAY BRIEFING ON MOTION TO TRANSFER**

Comes now Thomas G. Maag and the Maag Law Firm, LLC, and hereby enters their appearance as additional counsel for Plaintiffs.

1. That Defendant Schnuck Markets, Inc, has filed a motion to transfer this case to the Eastern District of Missouri, a forum foreign to Plaintiff Rippy.

2. That presently pending before the Judicial Panel on Multidistrict Litigation is a motion and various responses and/or replies, from a multitude of cases, seeking to consolidate various cases either in this Court or in the Eastern District of Missouri.

3. It is respectfully suggested that, since there is no dispute that the Southern District of Illinois is a proper venue and that an order of the MDL panel is likely to consolidate all similar cases pending in federal court either in this jurisdiction, or the Eastern District of Missouri, to what and see what the MDL panel actually does order, and if appropriate, after such MDL order, to determine whether such motion to transfer in this Court is moot, or if not, to order briefing thereon.  In fact, most of the Plaintiffs who have filed

documents in the MDL court have requested consolidation with *this* Court, not the Eastern District of Missouri.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an order staying briefing on Defendant's motion to transfer until such time as 14 days after the MDL court issues its decision on whether to consolidate and/or transfer the various cases pending in federal court to one court, and if so, which one.

July 12, 2013 Respectfully Submitted,                Respectfully Submitted,

                                                     s/Thomas G. Maag

Jeffrey A. J. Millar #6271673                        Thomas G. Maag #6272640
Millar Law Firm, LLC                                 Maag Law Firm, LLC
111 Westport Plaza Drive, Suite 600                  22 West Lorena Avenue
St. Louis, MO 63146                                  Wood River, IL 62095
                                                     Phone: 618-216-5291

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed using the CM/ECF System, which will send notification to the following:

Russell K. Scott
Greensfelder, Hemker & Gale, P.C.
12 Wolf Creek Drive, Suite 100
Swansea, IL 62226
Attorneys for Defendant

Dated: July 12, 2013            s/Thomas G. Maag